# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ACTION NO. 2:16-cr-171-01 |
| VERSUS | JUDGE MINALDI |
| PHILLIP CECIL DYSON | MAGISTRATE JUDGE KAY |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for a Report and Recommendation. The fourteen day period within which to file written objections has passed without objections being filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Phillip Cecil Dyson, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that Phillip Cecil Dyson is finally adjudged guilty of the offense charged in Counts One and Two of the Bill of Information.

Lake Charles, Louisiana, on this 2 day of Sept, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE